**Buchanan**

Buchanan Ingersoll & Rooney PC
501 Grant St
Suite 200
Pittsburgh, PA 15219-4413

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/01/2025 |
| Period End Date | 08/15/2025 |
| Pay Date | 08/15/2025 |
| Document | 33004 |
| **Net Pay** | **$3,788.44** |

## Pay Details

**Paula R. Ward**
219 Krams Avenue
A2
Philadelphia, PA 19127
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▮▮▮▮ | | Pay Group | Non CA Semi-Monthly |
| SSN | XXX-XX-XXXX | | Location | Philadelphia |
| Job | Comm & Culture Prog Admin | | Budget Off | 099 - Allocable |
| Pay Rate | $49.4506 | | Section | 099 - Allocable |
| Pay Frequency | Semi-Monthly | | Cost Center | 5205 - Administration |
| | | | Dept/Pract | ADMIN - Administration |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| GTL Imputed | | $5.20 | $5.20 |
| Health Opt Out | 0.000000 | $25.00 | $25.00 |
| Regular | 75.833300 | $3,750.00 | $3,750.00 |
| RETRO PAY | | $1,038.46 | $1,038.46 |

Total Hours Worked  0.000000        Total Hours  0.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| GTL Imputed | No | $5.20 | $5.20 | $0.00 | $0.00 |
| Admin Fee | No | $0.00 | $0.00 | $25.00 | $25.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.68 | $0.68 |
| Basic EE Life | No | $0.00 | $0.00 | $4.68 | $4.68 |
| LTD | Yes | $0.00 | $0.00 | $13.12 | $13.12 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $325.03 | $325.03 |
| Employee Medicare | $69.87 | $69.87 |
| Social Security Employee Tax | $298.76 | $298.76 |
| PA State Income Tax | $147.77 | $147.77 |
| PHILA R | $180.22 | $180.22 |
| PA Unemployment Employee | $3.37 | $3.37 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2693 | Checking | $1,250.00 |
| xxxxxx3309 | Savings | $75.00 |
| xxxxxxx5223 | Checking | $2,463.44 |
| Total | | $3,788.44 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $4,818.66 | $4,818.66 | $1,025.02 | $5.20 | **$3,788.44** |
| YTD | $4,818.66 | $4,818.66 | $1,025.02 | $5.20 | $3,788.44 |

# Buchanan

Buchanan Ingersoll & Rooney PC
501 Grant St
Suite 200
Pittsburgh, PA 15219-4413

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/16/2025 |
| Period End Date | 08/31/2025 |
| Pay Date | 08/29/2025 |
| Document | 33445 |
| **Net Pay** | **$3,025.49** |

## Pay Details

**Paula R. Ward**
219 Krams Avenue
A2
Philadelphia, PA 19127
USA

| | |
|---|---|
| Employee Number | ▓▓▓▓ |
| SSN | XXX-XX-XXXX |
| Job | Comm & Culture Prog Admin |
| Pay Rate | $49.4506 |
| Pay Frequency | Semi-Monthly |

| | |
|---|---|
| Pay Group | Non CA Semi-Monthly |
| Location | Philadelphia |
| Budget Off | 099 - Allocable |
| Section | 099 - Allocable |
| Cost Center | 5205 - Administration |
| Dept/Pract | ADMIN - Administration |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| GTL Imputed | | $5.20 | $10.40 |
| Health Opt Out | 0.000000 | $25.00 | $50.00 |
| Regular | 75.833300 | $3,750.00 | $7,500.00 |
| RETRO PAY | 0.000000 | $0.00 | $1,038.46 |

Total Hours Worked  0.000000     Total Hours  0.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| GTL Imputed | No | $5.20 | $10.40 | $0.00 | $0.00 |
| Admin Fee | No | $0.00 | $0.00 | $25.00 | $50.00 |
| Basic AD&D | No | $0.00 | $0.00 | $0.68 | $1.36 |
| Basic EE Life | No | $0.00 | $0.00 | $4.68 | $9.36 |
| LTD | Yes | $0.00 | $0.00 | $13.12 | $26.24 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $200.42 | $525.45 |
| Employee Medicare | $54.81 | $124.68 |
| Social Security Employee Tax | $234.37 | $533.13 |
| PA State Income Tax | $115.89 | $263.66 |
| PHILA R | $141.38 | $321.60 |
| PA Unemployment Employee | $2.64 | $6.01 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx2693 | Checking | $2,000.00 |
| xxxxxx3309 | Savings | $75.00 |
| xxxxxxx5223 | Checking | $950.49 |
| Total | | $3,025.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,780.20 | $3,780.20 | $749.51 | $5.20 | **$3,025.49** |
| YTD | $8,598.86 | $8,598.86 | $1,774.53 | $10.40 | $6,813.93 |