B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re   PAULA RYCHEL WARD                                                    Case No.  25-13594

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | Onboard Partners Investment 6 Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  LVNV Funding LLC
  c/o Resurgent Capital Services
  PO Box 10587
  Greenville, SC 29603-0587

Phone:  (877) 264-5884
Last Four Digits of Acct #:   1129

Court Claim # (if known):  2
Amount of Claim:   $4,625.96
Date Claim Filed:   09/18/2025

Phone:  _____
Last Four Digits of Acct. #:   4166

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Alexica Marche' Thomason          Date:  10/6/2025
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.