**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Paula Rychel Ward,<br><br>　　　　　　　　　　Debtor. | Case No. 25-13594-DJB<br>Chapter 13 |

**Certificate of Service**

　　I, Michael A. Cibik, certify that on February 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: February 16, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Fulton Bank, N.A.**
One Penn Square
P.O. Box 4887
Lancaster, PA 17604

## Method of Service - First Class Mail:

**Ally Bank**
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Best Egg**
1523 Concord Pike Suite 201
Wilmington, DE 19803

**Capital One, N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**City of Philadelphia**
c/o Municipal Services Building
1401 John F Kennedy Blvd
Fl Philadelphia, PA 19102-1617

**City of Philadelphia**
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Daniel Alfano**
219 Krams Ave Apt A2
Philadelphia, PA 19127-1258

**First Tech FCU**
Attn: Bankruptcy
PO Box 2100
Beaverton, OR 97075

**Fm/cb Finance-900003**
121 South 13th Street
Lincoln, NE 6850

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Jenius Bank**
P.O. Box 71217
Philadelphia, PA 19176

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

**LendingPoint LLC**
Attn: Bankruptcy
1201 Roberts Blvd NW Suite 200
Kennesaw, GA 30144

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mohela/navient**
Po Box 9655
Wilkes Barre, PA 18773

**Paypal**
P.O. Box 965064
Orlando, FL 32896-5064

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Play Sugar House PA**
1001 N Delaware Avenue
Philadelphia, PA 19125

**Prosper Funding LLC**
221 Main Street Suite 300
San Francisco, CA 94105

**Sofi Lending Corp/MOHELA**
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005-1243

**U.S. Attorney, EDPA**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Upstart Network, Inc**
P.O. Box 1931
Burlingame, CA 94011