United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-13594-djb |
| Paula Rychel Ward | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Paula Rychel Ward, 219 Krams Ave Apt A2, Philadelphia, PA 19127-1258 |
| 15057373 | + | CommonBond Securitizations, Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |
| 15047989 | | Daniel Alfano, 219 Krams Ave Apt A2, Philadelphia, PA 19127-1258 |
| 15056211 | + | Fulton Bank, N.A., Matthew G. Brushwood, Esquire, Barley Snyder, LLP, 2755 Century Boulevard, Wyomissing, PA 19610-3346 |
| 15047998 | + | Mohela/navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15048001 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15048005 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15048007 | + | Play Sugar House PA, 1001 N Delaware Avenue, Philadelphia, PA 19125-4326 |
| 15048011 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15048950 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 03:02:08 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15049377 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 03:02:58 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15060538 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 03:02:38 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15047980 | | Email/Text: ally@ebn.phinsolutions.com | May 01 2026 02:57:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15064924 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15047981 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:39 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15047982 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 01 2026 03:02:07 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 15047985 | | Email/Text: megan.harper@phila.gov | May 01 2026 02:57:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15047983 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15059715 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2026 03:02:09 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15047984 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:02:22 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

| 15047986 | | Email/Text: bankruptcy@philapark.org | May 01 2026 02:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15047987 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15047988 | ^ | MEBN | May 01 2026 02:44:08 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15047997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:03:03 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15047990 | | Email/Text: BankruptcyNotices@firsttechfed.com | May 01 2026 02:57:00 | First Tech FCU, Attn: Bankruptcy, PO Box 2100, Beaverton, OR 97075 |
| 15047991 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 01 2026 02:57:00 | Fm/cb Finance-900003, 121 South 13th Street, Lincoln, NE 68508 |
| 15053419 | | Email/Text: BankruptcyNotices@firsttechfed.com | May 01 2026 02:57:00 | First Tech Federal Credit Union, Attn: Bankruptcy PO BOX 2100, Beaverton, OR 97075 |
| 15047992 | + | Email/Text: bankruptcy@fultonbank.com | May 01 2026 02:57:00 | Fulton Bank, Po Box 4887, Lancaster, PA 17604-4887 |
| 15055653 | + | Email/Text: bankruptcy@fultonbank.com | May 01 2026 02:57:00 | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 15047993 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2026 02:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15062868 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:57:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 15047994 | | Email/Text: DBU_Lending_Ops@jeniusbank.com | May 01 2026 02:57:00 | Jenius Bank, P.o. Box 71217, Philadelphia, PA 19176 |
| 15053413 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2026 03:02:56 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 15053174 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 01 2026 02:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15047995 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2026 03:02:56 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 15047996 | | Email/Text: Bkynotices@lendingpoint.com | May 01 2026 02:57:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd NW Suite 200, Kennesaw, GA 30144 |
| 15059227 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15048009 | | Email/Text: EBN@Mohela.com | May 01 2026 02:57:00 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15051799 | | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:09 | Onboard Partners Investment 6 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15048000 | + | Email/Text: bankruptcygroup@peco-energy.com | May 01 2026 02:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15048004 | ^ | MEBN | May 01 2026 02:43:46 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15048008 | | Email/Text: ProsperBK@prosper.com | May 01 2026 02:57:00 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105 |
| 15048002 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2026 02:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15048003 | ^ | MEBN | | |

District/off: 0313-2                                   User: admin                                   Page 3 of 4

Date Rcvd: Apr 30, 2026                               Form ID: 155                                   Total Noticed: 52

| | | May 01 2026 02:44:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15048006 | Email/Text: bankruptcy@philapark.org | May 01 2026 02:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15072099 | Email/Text: bnc-quantum@quantum3group.com | May 01 2026 02:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15071102 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:11 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15094560 | Email/PDF: resurgentbknotifications@resurgent.com | May 01 2026 03:02:39 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15048010 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 01 2026 02:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15049941 | + Email/Text: UpStart@ebn.phinsolutions.com | May 01 2026 02:57:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15084007 | + Email/Text: peritus@ebn.phinsolutions.com | May 01 2026 02:57:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II,LLC, PO Box 1149, GRAPEVINE TX 76099-1149 |
| 15048012 | + Email/Text: UpStart@ebn.phinsolutions.com | May 01 2026 02:57:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15047999 | | Paypal, 2211 North First Street |
| 15056210 | *+ | Fulton Bank, N.A., One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW GREGORY BRUSHWOOD
                                  on behalf of Creditor Fulton Bank  N.A. mbrushwood@barley.com,

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Apr 30, 2026                       Form ID: 155                                    Total Noticed: 52

jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MICHAEL A. CIBIK

on behalf of Debtor Paula Rychel Ward help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      )

    Paula Rychel Ward         )           Case No. 25–13594–djb

                      )

                      )

    Debtor(s).               )           Chapter: 13

                      )

                      )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 30, 2026                      For The Court

                                          Derek J Baker
                                          Judge, United States Bankruptcy Court